Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@*B*andlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

Joseph Curtis Edmondson
**Edmondson IP Law**
3699 NE John Olsen Avenue
Hillsboro, OR 97124
Telephone: (503) 336-3749
Facsimile: (503) 482-7418
jcedmondson@edmolaw.com

Attorney for Defendant
John Doe subscriber assigned IP Address 108.245.73.214

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.245.73.214,<br><br>　　　　　Defendant. | Case Number: 2:20-cv-03586-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Strike 3 Holdings, LLC and Defendant John Doe subscriber assigned IP address

1

108.245.73.214 hereby stipulate to dismissal of the above-captioned action with prejudice, including Defendant's counterclaims for declaratory judgment of non-infringement [Dkt. No. 18], with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  August 24, 2020                    Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
Law Offices of Lincoln Bandlow, PC
*Attorney for Plaintiff*

Dated:  August 24, 2020                    Respectfully submitted,

By:  /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, Esq.
Edmondson IP Law
*Attorney for Defendant*

## STATEMENT OF CONSENT

I attest that consent to the filing of this document has been obtained from counsel for Defendant John Doe subscriber assigned IP address 108.245.73.214.

Dated: August 24, 2020                    By: /s/ *J. Curtis Edmondson*
J. Curtis Edmondson, Esq.
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Marina Bandlow*
Marina Bandlow